JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LA AURORA, S.A., a corporation,<br><br>Defendant. | Case No.: CV 19-7368-DMG (JCx)<br><br>**ORDER DISMISSING THE ACTION [45]** |
| LA AURORA, S.A., a corporation,<br><br>Counter-plaintiff,<br><br>vs.<br><br>MIKE SARIEDDINE, an individual, and ALIEN VAPE, LLC, a limited liability company,<br><br>Counter-defendants. | |

-1-

1 This matter having come before the Court on the parties' Notice of Settlement and
2 Stipulation of Dismissal, and the Court having considered the request, and for good cause
3 shown,
4 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:
5 All claims are dismissed with prejudice, the parties shall each bear their own fees and
6 costs associated with the action, and the Court reserves jurisdiction to enforce the terms
7 of the parties' settlement agreement if necessary.  All scheduled dates and deadlines are
8 VACATED.

10 DATED:  May 21, 2020                 _____
                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE